USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
WAVETECH GLOBAL, INC., et al.,

                Plaintiffs,

-against-

SPECTRUM GLOBAL SOLUTIONS, INC.,

                Defendant.
----------------------------------------------------------------- x

**ORDER ON MOTION TO DISMISS**

19 Civ. 6485 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On February 11, 2020, I held oral argument on Defendant's motion to dismiss the amended complaint. For the reasons stated on the record at oral argument, Defendant's motion to dismiss is granted. The Clerk is directed to terminate the open motion (ECF No. 36), mark the case closed, and tax costs.

       SO ORDERED.

Dated:     New York, New York
             February 12, 2020

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge

1