**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WAVETECH GLOBAL, INC., et al.,
                      Plaintiffs,

-against-

SPECTRUM GLOBAL SOLUTIONS, INC.,
                      Defendant.
-----------------------------------------------------------X

19 CIVIL 6485 (AKH)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2020, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           February 13, 2020

                                        RUBY J. KRAJICK
                                          Clerk of Court
                              BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/13/2020